**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-00412-LTB-MJW

TRUSTEES OF THE COLORADO LABORERS' HEALTH AND WELFARE TRUST FUND, and
TRUSTEES OF THE COLORADO LABORERS' AND PROFESSIONAL SERVICE EMPLOYEES' PENSION TRUST FUND,
        Plaintiffs,

v.

DE LEON TECHNICAL SERVICES, INC.,
        Defendant.

_____

**ORDER**
_____

Upon Plaintiffs' Motion for Leave to File Amended Complaint (filed June 8, 2005), and Defendant's Opposition (filed June 24, 2005), it is

ORDERED that Plaintiffs' Motion is GRANTED.  The tendered Amended Complaint is accepted for filing this date.

                                            BY THE COURT:

                                            s/Lewis T. Babcock
                                            Lewis T. Babcock, Chief Judge

DATED:  June 27, 2005