IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00412-LTB-MJW

TRUSTEES OF THE COLORADO LABORERS' HEALTH
& WELFARE TRUST FUND, et al.,

Plaintiff(s),

v.

DE LEON TECHNICAL SERVICES, INC., a Texas corporation,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendant's Motion for Leave to Have Client Representative Appear by Telephone, filed with the Court on September 6, 2005, is GRANTED. Mr. Crickmer shall contact the court by calling (303) 844-2403 at the scheduled time for participation at the settlement conference set on September 7, 2005, at 10:30 a.m.

Date: September 7, 2005