IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00412-LTB-MJW

TRUSTEES OF THE COLORADO LABORERS' HEALTH
& WELFARE TRUST FUND, et al.,

Plaintiff(s),

v.

DE LEON TECHNICAL SERVICES, INC., a Texas corporation,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED the Defendant's Unopposed Motion for Protective Order (docket no. 26-1) is GRANTED.  The written Stipulated Protective Order (docket no. 26-2) is APPROVED and made an Order of Court.

Date:  September 21, 2005