THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00412-LTB-MJW

TRUSTEES OF THE COLORADO LABORERS'
HEALTH AND WELFARE TRUST FUND, and
TRUSTEES OF THE COLORADO LABORERS' AND
PROFESSIONAL SERVICE EMPLOYEES' PENSION
TRUST FUND

    Plaintiffs,

v.

DE LEON TECHNICAL SERVICES, INC.,

    Defendant.

## STIPULATED PROTECTIVE ORDER
( Docket No. 26 )

The parties having appeared before the Court and having shown good cause for the entry of a protective order, IT IS ORDERED:

1. This Protective Order shall apply to all financial information disclosed by and to be disclosed by Defendant De Leon Technical Services, Inc. during settlement discussions in this matter.

2. Any such financial information disclosed or shown to Plaintiffs and their counsel shall be used solely for purposes of settlement discussions in this matter. Plaintiffs and their counsel shall not use such financial information for any other purpose in this case or in any other state or federal judicial or administrative matter. Plaintiffs and their counsel also shall not use such financial information for any other purpose.

3. Plaintiffs and their counsel shall not disclose any such financial information, or any discussions relating thereto, to anyone else. Plaintiffs and their counsel shall not retain or make copies of such financial information. All notes, calculations, memoranda and any other recording made by Plaintiffs and their counsel relating to such financial information, and discussions relating thereto, shall be destroyed by Plaintiffs and their counsel once settlement negotiations have concluded.

4. Nothing in this Order shall restrict the right of Defendant to move the Court for additional protection for the financial information subject to this Order.

5. This Protective Order may be modified by the Court at any time for good cause shown following notice to all parties and an opportunity for them to be heard.

DATED this 21st day of September, 2005

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

2

APPROVED AS TO FORM:

PARSONS, HEIZER, PAUL LLP          SHERMAN & HOWARD L.L.C.

s/ Miranda K. Hawkins              s/ Edward J. Butler
Timothy J. Parsons                 Edward J. Butler
Dean C. Heizer                     90 South Cascade, Suite 1500
Miranda K. Hawkins                 Colorado Springs, CO 80903
2401 15th Street, Suite 300        719-475-2440/telephone
Denver, CO 80202                   719-635-4576/facsimile
303-595-4747/telephone             ebutler@sah.com
303-595-4750/facsimile
tparsons@phplawyers.com            Patrick R. Scully
dheizer@phplawyers.com             D.C. Box #12
mhawkins@phplawyers.com            633 Seventeenth St., Suite 3000
                                   Denver, CO 80202
Attorneys for Plaintiffs           303-299-8218/telephone
                                   303-298-2940/facsimile
                                   pscully@sah.com

                                   Attorneys for Defendant