**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-00412-LTB-MJW

TRUSTEES OF THE COLORADO LABORERS' HEALTH AND WELFARE TRUST FUND, and
TRUSTEES OF THE COLORADO LABORERS' AND PROFESSIONAL SERVICE EMPLOYEES' PENSION TRUST FUND,
    Plaintiffs,

v.

DE LEON TECHNICAL SERVICES, INC.,
    Defendant.

_____

## ORDER
_____

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal With Prejudice (filed October 7, 2005), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                            BY THE COURT:

                               s/Lewis T. Babcock
                            Lewis T. Babcock, Chief Judge

DATED: October 11, 2005